**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley Fishman,<br><br>    Plaintiff,<br><br>vs.<br><br>Viking Insurance Company, et al.,<br><br>    Defendants. | No. CIV 07-0809-PHX-DKD<br><br>**ORDER** |

Plaintiff filed his Complaint on April 18, 2007. Pending before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. #3). Plaintiff has failed to comply with this Court's Order dated May 23, 2007, (Doc. #4). Accordingly, due to Plaintiff's failure to comply with the Court's Order regarding filing an Amended Complaint,

**IT IS HEREBY ORDERED** dismissing this case without prejudice.

DATED this 11th day of July, 2007.

_____
Stephen M. McNamee
United States District Judge